**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERNESTO FIGUEROA, | ) | NO. CV 12-6785-MWF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FRED FIGUEROA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 20, 2013.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE