**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERNESTO ORTEGA, | ) | NO. CV 12-6785-MWF (E) |
| Petitioner, | ) | |
| v. | ) | CORRECTED JUDGMENT |
| FRED FIGUEROA, Warden, | ) | |
| Respondent. | ) | |

_____

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

        DATED: February 27, 2013.

                                        _____
                                        MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE